```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X

MICHAEL FREDERICKS,

                    Plaintiff,
                                              12 Civ. 3734 (RWS)
     - against -
                                                  O R D E R

CITY OF NEW YORK, ET AL.,

                    Defendants.
------------------------------------------X
```

**Sweet, D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/6/12

Defendants' motion to dismiss will be heard at noon on Wednesday, October 3 in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

New York, NY
September 5, 2012

_____
ROBERT W. SWEET
U.S.D.J.